# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2121.  DASHA M. JACKSON v. MARK BUTLER, et al.**

Dasha Jackson filed a notice of direct appeal from a superior court order affirming a decision of the State Department of Labor that disqualified her from receiving unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Jackson failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  07/25/2012
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.